IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID B. HADLEY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 08-1440** |
| | : | |
| **PFIZER INC.** | : | |

## ORDER

**AND NOW**, this   4th   day of June, 2009, upon consideration of Defendant's Motion to Compel Discovery, or, in the Alternative, to Extend the Fact Discovery Period (docket nos. 16, 17), and all responses thereto, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

(1) Defendant has thirty days from the receipt of this Order in which to engage in fact discovery for the limited purpose of seeking Dr. Eswar Krishnan's medical records and to conduct his deposition;

(2) Plaintiff must provide a HIPAA release to Defendant for the subpoena of Dr. Eswar Krishnan's medical records within ten days of the receipt of this Order or, in the alternative, provide Defendant with a full and complete set of his medical records within ten days of the receipt of this Order; and

(3) Plaintiff's three medical witnesses shall be limited to testifying only as fact witnesses at trial.

**BY THE COURT:**


___S/ BRUCE W. KAUFFMAN
**BRUCE W. KAUFFMAN,  J.**